## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Regina M. Rodriguez

Civil Action No. 23-cv-02789-RMR-STV

ZACHARY MANCHAS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
JOSEPH STEWART;
SELENA BIBIANA FAILE;
MIA SANCHEZ; and
JASON SIMMONS,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the Recommendation of United States Magistrate Judge, entered on April 5, 2024, ECF No. 56, addressing Individual Denver Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 26, and Defendant City and County of Denver's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), ECF No. 28 (collectively, the "Motions to Dismiss"). Magistrate Judge Scott T. Varholak recommends that the Motions to Dismiss be denied. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Even if the Court were to consider the issue de novo, the Court agrees with the Recommendation and finds that it accurately sets forth and applies the appropriate legal standard.

Accordingly, it is **ORDERED** as follows:

1) The Recommendation of the United States Magistrate Judge, ECF No. 56, is **ACCEPTED and ADOPTED**;

2) Individual Denver Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 26 is **DENIED**;

3) Defendant City and County of Denver's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), ECF No. 28, is **DENIED**.

DATED:  April 22, 2024

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed R. Civ. P. 72(b).