IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-02789-RMR-STV | Date:   February 10, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

ZACHARY MANCHAS   Andrew Joseph McNulty

   Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,   Sophia Fernald
JOSEPH STEWART,   Kevin Patrick McCaffrey
JASON SIMMONS,
SELENA RUIZ-SOLIS and
SELENA BIBIANA FAILE

   Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY HEARING**
**Court in session:**      **10:01 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding the discovery disputes as set forth in the joint statement submitted by the parties.  This discovery dispute relates to Plaintiff's noticed 30(b)(6) deposition topics Nos. 28, 29, 30, 35, 36, 37, 38, 39, 40, and 44.

This matter is also before the Court on Defendant's Joint Motion to Amend the Scheduling Order [ECF Doc. No 84, filed on 1/22/2025].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**     With respect to the discovery disputes, the Court rules in favor of Plaintiff and requires a witness to be prepared on these topics.

                        The Court will issue a separate order to issue sanctions against Defendant.

Defendant's Joint Motion to Amend the Scheduling Order [ECF Doc. No 84] is **GRANTED**. The discovery deadline is **March 31, 2025**. The dispositive motion notice deadline is **April 10, 2025**.

Hearing Concluded.

**Court in recess:**   **10:25 a.m.**
Total time in court:   00:24

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.