IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-02789-RMR-STV | Date: May 6, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| ZACHARY MANCHAS, | Andrew Joseph McNulty |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, COLORADO, et al., | Kevin Patrick McCaffrey<br>Sophia Fernald |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**     **11:03 a.m.**
Court calls case. Appearances of counsel.

This matter is before the Court on Plaintiff's Motion for Sanctions [ECF Doc. No 89, filed on 03/12/2025].

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Sanctions [ECF Doc. No 89] is **GRANTED in part and DENIED in part**. The Motion is granted to the extent that it seeks a monetary amount and denied to the extent that it seeks further sanctions beyond that. Defendant shall reimburse Plaintiff in the amount of $10,000.00 for costs incurred.

HEARING CONCLUDED.

**Court in recess:**     **11:22 a.m.**
Total time in court:     00:19

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.